UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 0 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 13CR4247-W |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JESSIE AFAGA GAGO (2), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the ~~Indictment~~/Information:

18 USC 922(g)(1)-FELON IN POSSESSION OF A FIREARM;

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/10/14

Thomas J. Whelan
U.S. District Judge